### IN THE

## SUPREME COURT

### OF THE

## STATE OF LOUISIANA.

WESTERN DISTRICT, OCTOBER TERM, 1826.

*POSTLEWHAITE* vs. *HUNT & AL.*

APPEAL from the court of the seventh district.

PORTER, J. delivered the opinion of the court. In this case there is neither statement of facts, bill of exceptions, nor evidence taken down by the clerk. The record contains no matter which enables us, to review the proceedings of the tribunal of the first instance.

When the appellant brings up a record, without a statement of facts, &c so that the case cannot be reviewed, the appeal will be dismissed, on the appellee's motion.

It is therefore ordered, adjudged and decreed, that the appeal be dismissed with costs.

*Rost* for the plaintiff, *Wilson* for the defendants.